```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 29115
    ERNEST BOYD
    DARCY M BOYD                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

              Debtor
   SSN XXX-XX-7912     SSN XXX-XX-5809

-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/23/2005 and was confirmed 10/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/17/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
-----------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES SECURED              5860.00      573.03     5860.00
DRIVE FINANCIAL SERVICES UNSECURED            4058.17         .00     4058.17
OCWEN LOAN SERVICING LLC MORTGAGE ARRE         317.13         .00      317.13
OCWEN LOAN SERVICING LLC CURRENT MORTG       11823.44         .00    11823.44
WELLS FARGO FINANCIAL    NOTICE ONLY       NOT FILED          .00         .00
WELLS FARGO FINANCIAL IN SECURED             12086.61     2331.42    12086.61
WELLS FARGO FINANCIAL IN UNSECURED            2696.97         .00     2696.97
ALLIED INTERSTATE        NOTICE ONLY       NOT FILED          .00         .00
BALLYS HEALTH CLUB       UNSECURED         NOT FILED          .00         .00
BANKFIRST                NOTICE ONLY       NOT FILED          .00         .00
BONDED COLLECTORS        UNSECURED         NOT FILED          .00         .00
CALVARY PORTFOLIO SERVIC UNSECURED         NOT FILED          .00         .00
CAPITAL ONE              NOTICE ONLY       NOT FILED          .00         .00
CAPITAL ONE              UNSECURED         NOT FILED          .00         .00
CB & T                   NOTICE ONLY       NOT FILED          .00         .00
CHECKRITE RECOVERY SERVI UNSECURED         NOT FILED          .00         .00
CMI                      UNSECURED         NOT FILED          .00         .00
CMI                      UNSECURED         NOT FILED          .00         .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED          .00         .00
CONTINENTAL CENTRAL CRED UNSECURED         NOT FILED          .00         .00
DIRECT LOAN SERVICING CE NOTICE ONLY       NOT FILED          .00         .00
DIRECT LOANS BANKRUPTCY  UNSECURED         NOT FILED          .00         .00
DOCTORS & MERCHANTS CRED UNSECURED         NOT FILED          .00         .00
DONALD C DONAGHER        UNSECURED         NOT FILED          .00         .00
GC SERVICES              UNSECURED         NOT FILED          .00         .00
GC SERVICES DATA CONTROL UNSECURED         NOT FILED          .00         .00
GENERAL MOTORS ACCEPTANC NOTICE ONLY       NOT FILED          .00         .00
IC SYSTEMS INC           UNSECURED         NOT FILED          .00         .00
JEFFERSON CAPITAL SYSTEM UNSECURED             876.27         .00      876.27
MCI RESIDENTIAL SERVICES UNSECURED         NOT FILED          .00         .00
MEDICAL BUSINESS OFFICE  UNSECURED         NOT FILED          .00         .00
MHESAC STUDENT LOANS     NOTICE ONLY       NOT FILED          .00         .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 29115 ERNEST BOYD & DARCY M BOYD
```

```
JEFFERSON CAPITAL SYSTEM  UNSECURED       1356.74           .00       1356.74
NATIONAL ASSET RECOVERY   NOTICE ONLY    NOT FILED          .00           .00
ZENITH ACQUISITION CORP   UNSECURED        794.77           .00        794.77
NICOR GAS                 UNSECURED      NOT FILED          .00           .00
OMNIUM WORLDWIDE          UNSECURED      NOT FILED          .00           .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED          .00           .00
PIN CREDIT SERVICES       UNSECURED      NOT FILED          .00           .00
RESORT MANAGEMENT INTNL   UNSECURED      NOT FILED          .00           .00
RIVER COLLECTION & RECOV  UNSECURED      NOT FILED          .00           .00
SEVENTH AVENUE            UNSECURED      NOT FILED          .00           .00
ECMC                      UNSECURED       3693.34           .00       3693.34
ECMC                      UNSECURED       1717.27           .00       1717.27
ECMC                      UNSECURED       1361.18           .00       1361.18
SUNTERRA RESORTS          NOTICE ONLY    NOT FILED          .00           .00
TARGET NATIONAL BANK      UNSECURED        340.76           .00        340.76
TRS SERVICES              UNSECURED      NOT FILED          .00           .00
TRUE LOGIC FINANCIAL COR  UNSECURED      NOT FILED          .00           .00
TRUE LOGIC FINANCIAL COR  UNSECURED      NOT FILED          .00           .00
FIRSTAR PARK FOREST BANK  UNSECURED      NOT FILED          .00           .00
LORRAINE GREENBERG & ASS  DEBTOR ATTY     2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                     2,981.27
DEBTOR REFUND             REFUND                                      2,169.63

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  57,738.00

PRIORITY                                           .00
SECURED                                      30,087.18
    INTEREST                                  2,904.45
UNSECURED                                    16,895.47
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          2,981.27
DEBTOR REFUND                                 2,169.63
                         ---------------    ---------------
TOTALS                   57,738.00           57,738.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/29/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                             PAGE   2
         CASE NO. 05 B 29115 ERNEST BOYD & DARCY M BOYD